AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| NEC FINANCIAL SERVICES, LLC <br><br> *Plaintiff(s)* <br> v. <br> SHEETS FAMILY PRACTICE, P.C. INC. and PATRICK SHEETS a/k/a PATRICK JEROME SHEETS, individually <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-8623(JS)(ST) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sheets Family Practice, P.C. Inc.
123 South McKinley Avenue
Rensselaer, Indiana 47978

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael F.J. Romano, Esquire
Romano, Garubo & Argentieri
52 Newton Avenue
Woodbury, NJ 08096

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/18/2024

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case: 2:24-cv-08623-JS-ST | Court: US District Court - Eastern District of New York | County: | Job: 12406480 (NEC/Sheets) |
|---|---|---|---|
| **Plaintiff / Petitioner:** NEC Financial Services, LLC | | **Defendant / Respondent:** Sheets Family Practice, P.C. Inc. and Patrick Sheets a/k/a Patrick Jerome Sheets, individually | |
| **Received by:** Lake County Civil Process | | **For:** Romano, Garubo & Argentieri | |
| **To be served upon:** Sheets Family Practice, P.C. Inc. and Patrick Sheets a/k/a Patrick Jerome Sheets | | | |

I, Jay Saine, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Sheets Family Practice, P.C. Inc. and Patrick Sheets a/k/a Patrick Jerome Sheets,

**Manner of Service:**  1/28/25 10:32am Corp Service to Anni Jones Office Manager

**Documents:**  Service Packet - Sheets Family Practice.pdf, Service Packet - Patrick Sheets.pdf

**Additional Comments:**

_____     1-29-25
             Date