# ROMANO GARUBO & ARGENTIERI

*Counselors at Law LLC*

Michael F.J. Romano, Member *
mromano@rgalegal.com

Emmanuel J. Argentieri, Member*
eargentieri@rgalegal.com

Louis W. Skinner*
lskinner@rgalegal.com

*Member of the NJ & PA Bar
**Member of the NJ & NY Bar
***Member of  NY, NJ, & CA Bar

52 Newton Avenue
P.O. Box 456
Woodbury, NJ 08096
Telephone: (856) 384-1515
Telefax: (856) 384-6371

*Of Counsel:*
Angelo G. Garubo, Esquire**
agarubo@rgalegal.com

Evan  J. Salan, Esquire***
esalan@rgalegal.com

April 17, 2025

*Via ECF*

Honorable Judge Steven L. Tiscione
US District Court – Eastern District of NY
100 Federal Plaza – Courtroom 910
Central Islip, NY 11722

      Re:     NEC Financial Services, LLC v. Sheets Family Practice, P.C. Inc. and
                Patrick Sheets a/k/a Patrick Jerome Sheets
                Case No. 2-24-cv-08623-JS-ST
                Our File No. 557-NFS-040

Dear Judge Tiscione:

      This office represents the plaintiff, NEC Financial Services, LLC ("NECFS"), with regard to the above captioned matter.  On March 27, 2025, your Honor ordered that default be entered and a certificate of default entered before April 18, 2025.  In fact, on April 7, 2024, plaintiff obtained a Certificate of Default against defendant, Sheets Family Practice, P.C. Inc.

      However, despite acting diligently, we have had a difficult time effecting service on defendant, Patrick Sheets.  Our process server has attempted service on several occasions at different addresses for defendant, but to date has been unsuccessful.  Please permit us an additional 30 days to effect service or to file the appropriate motion with the court.

      Thank you.

                Respectfully submitted,

                _____

MFJR:gcm                MICHAEL F.J. ROMANO, ESQUIRE