# ROMANO GARUBO & ARGENTIERI

*Counselors at Law LLC*

Michael F.J. Romano, Member *
mromano@rgalegal.com

Emmanuel J. Argentieri, Member*
eargentieri@rgalegal.com

Louis W. Skinner*
lskinner@rgalegal.com

*Member of the NJ & PA Bar
**Member of the NJ & NY Bar
***Member of NY, NJ, & CA Bar

52 Newton Avenue
P.O. Box 456
Woodbury, NJ 08096
Telephone: (856) 384-1515
Telefax: (856) 384-6371

*Of Counsel:*
Angelo G. Garubo, Esquire**
agarubo@rgalegal.com

Evan J. Salan, Esquire***
esalan@rgalegal.com

May 29, 2025

*Via ECF*

Honorable Judge Steven L. Tiscione
US District Court – Eastern District of NY
100 Federal Plaza – Courtroom 910
Central Islip, NY 11722

   Re:  NEC Financial Services, LLC v. Sheets Family Practice, P.C. Inc. and
       Patrick Sheets a/k/a Patrick Jerome Sheets
       Case No. 2-24-cv-08623-JS-ST
       Our File No. 557-NFS-040

Dear Judge Tiscione:

  This office represents the plaintiff, NEC Financial Services, LLC ("NECFS"), with regard to the above captioned matter. On March 27, 2025, Your Honor ordered that default be entered and a certificate of default entered before April 18, 2025. In fact, on April 7, 2024, plaintiff obtained a Certificate of Default against defendant, Sheets Family Practice, P.C. Inc. On May 2, 2025, Your Honor ordered that a proof of service of the Certificate of Default against defendant, Patrick Sheets, be entered with the court by May 30, 2025.

  Defendant, Patrick Sheets is actively avoiding service of process despite numerous attempts on multiple dates. We have requested that the process server provide us an affidavit of due diligence allowing us to thereafter effect service on Patrick Sheets pursuant to Federal Rule of Civil Procedure Rule 4 and New York CPLR §308 by mailing and posting a copy of the summons and complaint. We believe service will be completed within 30 days and respectfully request the court's indulgence.

  Thank you.

                 Respectfully submitted,

                 _____
                 MICHAEL F.J. ROMANO, ESQUIRE

MFJR:gcm